Joseph Burpee #644589 March 28, 2023

Case 1:23-cv-00412-LY  Document 1  Filed 04/13/23  Page 1 of 2

1:23CV00412 LY
FILED
APR 13 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Dear Honorable Judge Lee Yeakel

My name is Joseph Burpee. I am writing yet another violation of my 8th amendment cruel and unusual punishment when today March 28, 2023 around 3:pm the "mail" lady finally brought me legal materials. I sent you several letters by the way. Now my complaint is this that she made the announcement to the entire POD of C-3 that they were not going to get commissary tomorrow Wednesday because Mr. Burpee here was making her work too hard. Now I have to deal with the entire pod threatening me physical violence if they don't get their commissary. Officer Martinez was the one who brought the legal materials to me. I hope nothing happens. Now this is the kind of stuff I am dealing with.

Sincerely,
Joe

FILED
APR 13 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

RECEIVED
APR 11 2023
CHAMBERS OF
JUDGE LEE YEAKEL